UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDEE WILLIAMS,<br><br>               Plaintiff,<br><br>     v.<br><br>M. CONKLE, et al.,<br><br>              Defendants. | No. CV 17-4884-JAK (PLA)<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE REQUIRED TO REIMBURSE U.S. MARSHAL FOR COSTS OF SERVICE AFTER FAILING TO WAIVE SERVICE** |

    Federal Rule of Civil Procedure 4(d) places a duty on defendants to avoid the unnecessary expense of service. Defendants were provided with a copy of the summons and complaint in this action and a waiver of service form, but did not waive service and avoid the costs of personal service. (See Attachments hereto: U.S. Marshals Service Form Process Receipt and Return for each defendant, indicating that a waiver of service form was mailed as to each defendant on October 30, 2017, that return receipt showing such mailing was received by the U.S. Marshals Service, and that personal service was then undertaken). As a result, the U.S. Marshals Service was required to personally serve each of them on April 26, 2018, at a cost of $338.48 per defendant. (See Attachments: id.; Notice of Expenses Memoranda from U.S. Marshals Service setting forth costs of service). Rule 4(d) requires that the Court impose the cost of service on defendants who fail, without good cause, to return a waiver.

Accordingly, defendants M. Conkle, S. Mintz and T. Tang are **ordered to appear in person** on June 14, 2018, at 9:30 a.m., at the Roybal Federal Building and U.S. Courthouse, 255 E. Temple, Courtroom 780, and **show cause why they should not be ordered to pay the costs of service**.

Because this hearing does not involve plaintiff and has no impact on the merits of this case, plaintiff will not be required to attend the hearing.

**IT IS SO ORDERED**.

DATED: May 22, 2018

/s/ Paul L. Abrams
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE