# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RANDEE WILLIAMS, | No. CV 17-4884-JAK (PLA) |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| v. | |
| M. CONKLE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Magistrate Judge's Final Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Final Report and Recommendation is accepted.
2. Defendants' Motion for Summary Judgment (ECF No. 179) is **granted** as to all claims.
3. Judgment shall be entered in favor of defendants.

/
/
/

4. This action is dismissed with prejudice.

5. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: September 21, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE