JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RANDEE WILLIAMS, | ) | No. CV 17-4884-JAK (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| M. CONKLE, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to the Order accepting the Magistrate Judge's Final Report and Recommendation,

IT IS ADJUDGED that defendants' Motion for Summary Judgment is **granted** as to all claims and this matter is **dismissed with prejudice**.

DATED: September 21, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE